```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,            :

       - v. -                        :        NOLLE PROSEQUI

JOHNNY LEE PARSON,                   :        11 Cr. 726 (RMB)

              Defendant.             :

------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/12

1. The filing of this <u>nolle prosequi</u> will dispose of this case with respect to the defendant Johnny Lee Parson.

2. On August 22, 2011, Indictment 11 Cr. 726 (RMB) (the "Indictment") was filed, charging Johnny Lee Parson with one count of failing to register and to update a registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

3. On or about July 28, 2012, defendant Johnny Lee Parson died while awaiting trial.

4. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to defendant Johnny Lee Parson.

ELISHA J. KOBRE
Assistant United States Attorney
(212) 637-2599

Dated:   New York, New York
         October 17, 2012

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant Johnny Lee Parson.

PREET BHARARA by JJR
United States Attorney
Southern District of New York

Dated:  New York, New York
~~October~~ November 6, 2012

SO ORDERED:

RMB

HON. RICHARD M. BERMAN
United States District Judge
Southern District of New York

Dated:  New York, New York
~~October __, 2012~~
November 8, 2012